NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5096

HI-SHEAR TECHNOLOGY CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the United States Court of Federal Claims

In CASE NO(S). 98-CV-712

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, SCHALL and MOORE, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED NOV 08 2007

Jan Horbaly, Clerk

Issued as Mandate: JAN - 2 2008
COSTS:
Printing........ $ 212.32
Total........ $ 212.32

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Valerie D. [signature] Date: 1/2/08

RECEIVED NOV 16 2007 United States Court of Appeals For The Federal Circuit

FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT NOV 16 2007 JAN HORBALY CLERK

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 2007-5096 Caption: HI-SHEAR TECHNOLOGY CORPORATION v. UNITED STATES

The Clerk is requested to tax the following costs against: Hi-Shear Technology, Appellant

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Total Taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | 4 | 6.00 | 6.00 | 24.00 | |
| Table or Compilation of Designated Materials (copying and collating) | 16 | 4 | 0.08 | 0.08 | 5.12 | |
| Brief (original) | xxxxx | 21 | 6.00 | 6.00 | 126.00 | |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | |
| Brief (copying and collating) | 15 | 21 | 0.08 | 0.08 | 25.20 | |
| Appendix (original - table of contents) | xxxxx | N/A | 6.00 | 6.00 | | |
| Appendix (covers and binding) | N/A | xxxxx | N/A | 2.00 | | |
| Appendix (copying and collating) | N/A | N/A | 0.08 | 0.08 | | |
| Reply Brief (original) | xxxxx | N/A | 6.00 | 6.00 | | |
| Reply Brief (covers and binding) | N/A | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | N/A | N/A | 0.08 | 0.08 | | |
| Other (describe):2 Letter Briefs w/attch | N/A | N/A | 0.08 | 0.08 | | |
| GRAND TOTALS | | | | | 212.32 | |

CERTIFIED COPY I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE. UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT By: Date:

City/County of Washington, District of Columbia

I, Michael D. Austin, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: 11/16/07 Attorney for: The United States, Appellee

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that on November 16th, 2007, by means of

- ☐ electronic mail
- ☐ facsimile
- ☐ hand delivery
- ☐ overnight mail
- ☒ United States mail

copies of "BILL OF COSTS" were served upon the following person(s):

Peter B. Jones, Esq.
JONES & DONOVAN
3636 Birch Street, Suite 210
Newport Beach, CA 92660

Counsel for Plaintiff

______________________________